UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Antonio L. Doyle,<br><br>                Plaintiff,<br>   v.<br>James Dzurenda, *et al.*,<br><br>                Defendants. | Case No. 3:23-cv-00514-ART-CSD<br><br>ORDER |

      On August 15, 2024, the Court issued an order screening Plaintiff Antonio L. Doyle's 42 U.S.C. § 1983 civil rights complaint and directing that his Fourteenth Amendment due process claim will proceed against several defendants. (ECF No. 7.) The Court also stayed this action to allow the parties an opportunity to settle their dispute. On September 5, 2024, Jeffrey Whipple filed a limited notice of appearance on behalf of interested party the Nevada Department of Corrections ("NDOC"). (ECF No. 8.) That order was served on Doyle at Ely State Prison ("ESP"), his address of record. (*See id.*) The order was returned to the Court as undeliverable, with the notation "return to sender not at ESP." (ECF No. 9.) The NDOC website reflects that Doyle is in custody at High Desert State Prison ("HDSP"). The Court now directs the Clerk of Court to send a courtesy copy of the screening order and the notice of appearance (ECF Nos. 7 and 8) to Doyle at HDSP. Doyle is also ordered to file a notice of change of address with the Court within 30 days of the date of this order.

1    It is therefore ordered that Plaintiff file a notice of change of address within 30 days of the date of this order. Plaintiff is expressly advised that if he fails to file a notice of change of address by the Court's deadline, his complaint will be dismissed without prejudice and without further prior notice.

It is further ordered that the Clerk of Court send a courtesy copy of the screening order at ECF No. 7 and the notice of appearance at ECF No. 8 to Plaintiff at HDSP.

DATED THIS 11th day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2