UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO L. DOYLE,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>  Defendants. | 3:23-cv-00514-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 52 |

Before the court is Plaintiff's Motion to Withdraw Motion to Compel. (ECF No. 52.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw Motion to Compel (ECF No. 52) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel (ECF No. 50) is **DENIED** as moot.

DATED: November 4, 2025.

_____
Craig S. Denney
United States Magistrate Judge

1