AARON D. FORD
 Attorney General
CECELIA J. BLUE, Bar No. 17031C
 Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1114
E-mail: cblue@ag.nv.gov

*Attorneys for Defendants William Gittere,
Curtis Rigney, Christopher Davis, and
David Tristain*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO L. DOYLE,<br><br>              Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>              Defendants. | Case No. 3:23-cv-00514-ART-CSD<br><br>ORDER GRANTING<br><br>**STIPULATION AND PROPOSED ORDER TO WITHDRAW PLAINTIFF'S MOTION TO RE-FILE MOTION FOR AN ORDER COMPELLING DISCOVERY AND VACATE HEARING ON MOTION** |

Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General ("DAG"), Office of the Nevada Attorney General, hereby respectfully submit this Stipulation and Proposed Order to Withdraw Plaintiff's Motion to Re-file Motion for an Order Compelling Discovery and Vacate Hearing on Motion. Defendants' counsel met and conferred with *pro se* Plaintiff Antonio L. Doyle ("Doyle") on February 12, 2026, as part of regular and ongoing discovery discussions; Doyle requested re-opening settlement discussions and made an offer. The parties agree Doyle withdrawing his Motion to Re-file Motion for an Order Compelling Discovery and vacating the hearing on Doyle's motion set for Friday, February 13, 2026, at 9:00 a.m., is appropriate at this time for the reason(s) set forth below:

///

///

///

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    NATURE OF MOTION

The parties met and conferred on February 12, 2026, as part of regular and ongoing discovery conferences. During this conference, Doyle indicated a desire for settlement to avoid ongoing litigation. Doyle extended an offer which Defendants' counsel agreed to convey to Defendants. The parties believe this matter possibly may resolve without further litigation. The parties agree that Doyle withdrawing his Motion to Re-file Motion for an Order Compelling Discovery and vacating the hearing on his motion set for Friday, February 13, 2026, at 9:00 a.m., is appropriate at this time.

## II.    PROCEDURAL BACKGROUND

This is a pro se civil rights lawsuit brought by Plaintiff Antonio L. Doyle ("Doyle") under 42 U.S.C. § 1983. ECF No. 6. Doyle's allegations arise from alleged circumstances which took place while he was incarcerated within the Nevada Department of Corrections ("NDOC") at Ely State Prison ("ESP"). Based on Doyle's First Amended Complaint filed on June 18, 2024, this Court allowed Doyle to proceed against Defendants on a Fourteenth Amendment due process in disciplinary hearings claim. ECF No. 7 at 7:15-17. The Office of the Attorney General ("OAG") accepted service on behalf of Defendants William Gittere, Curtis Rigney, and Christopher Davis on December 26, 2024. ECF No. 20. The OAG accepted service on behalf of Defendant David Tristain on April 23, 2025. ECF No. 38.

On April 9, 2025, this Court issued its scheduling order and discovery plan. ECF No. 36. Doyle filed "Plaintiff's Motion to Enlarge Discovery Scheduling Order (First Request)" on August 28, 2025, which Defendants did not oppose. ECF Nos. 46 and 48. The Court extended the discovery timelines and amended its scheduling order. ECF No. 49. Defendants filed a motion to extend discovery timelines (second request) on December 15, 2025, and the Court extended the discovery timelines. ECF Nos. 55 and 56.

///

///

III.   **LEGAL STANDARD**

On December 19, 2025, Doyle filed a motion to re-file a motion requesting an order to compel discovery under Fed. R. Civ. P. 37. ECF No. 57. The Court set the matter for hearing on February 13, 2026, at 9:00 a.m. ECF No. 59.

The parties entered settlement negotiations on February 12, 2026, and further stipulate to and request that: (a) Doyle be allowed to withdraw his Motion to Re-file Motion for an Order Compelling Discovery; and (b) the hearing on Doyle's motion set for Friday, February 13, 2026, at 9:00 a.m. be vacated.

**IT IS SO STIPULATED.**

DATED this 12th day of February 2026.

By: /s/ _____
ANTONIO L. DOYLE (NDOC #46176)
*Pro Se Plaintiff*   2/12/26

DATED this 12th day of February 2026.

AARON D. FORD
Attorney General

By:     */s/ Cecelia J. Blue*
      CECELIA J. BLUE, Bar No. 17031C
      Deputy Attorney General

      *Attorneys for Interested Party*

IT IS SO ORDERED:

_____
HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

DATED:  February 12, 2026

Page 3